IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MAYNARD WAYNE BIGLEGGINS, <br><br> Defendant. | CR 21-44-GF-BMM |

On November 8, 2021, the Court granted Maynard Bigleggins (Bigleggins) motion for psychiatric exam and committed Bigleggins to the Federal Detention Center SeaTac, Washington for a period of study to determine his mental competency and criminal responsibility (Doc. 32.)

On February 11, 2022, the Court received an e-mail from Dr. Ryan Nybo, at Federal Detention Center, SeaTac, Washington, where Bigleggins is being evaluated, stating that the Bureau of Prisons has eased the national Covid-19 lock down and that Dr. Nybo started evaluating Big Leggins on February 8, 2022.

Dr. Nybo requested February 8, 2022 be the start date of Bigleggins' evaluation, with a 45 day evaluation period, with a possible 30-day extension, and a two week time-frame to prepare his report.  Accordingly, **IT IS ORDERED** that the evaluation period of Bigleggins began on February 8, 2022.   The final report will be submitted to the Court no later than April 24, 2022. The Clerk of Court will e-mail this order to Dr. Ryan Nybo at rnybo@bop.gov.  Any correspondence from SeaTac regarding Bigleggins will be e-mailed to sara_luoma@mtd.uscourts.gov.

DATED this 14th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court