IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-21-44-GF-BMM |
| vs. | Order |
| MAYNARD WAYNE BIGLEGGINS, | |
| Defendant. | |

The Court ordered Defendant Maynard Wayne Bigleggins ("Bigleggins") to undergo a psychiatric or psychological examination and an insanity defense evaluation on November 8, 2021. (Doc. 32). The Court received a forensic evaluation report from Dr. Ryan Nybo on May 6, 2022, informing the Court that Bigleggins's current intellectual functioning impairs his present ability to understand the nature and consequences of the court proceedings brought against him and impair his ability to assist counsel in his defense. (Doc 39 at 10). The Court conducted a status call with AUSA Jessica Bettley and defense counsel Constance Van Kley. (Doc. 41). The Court agreed with Dr. Nybo that Bigleggins should be undergo competency restoration procedures.

IT IS HEREBY ORDERED that Defendant, Maynard Wayne Bigleggins, be subjected to competency restoration procedures, to be conducted by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Defendant, Maynard Wayne Bigleggins, be committed to a Federal Medical Center designated by the Attorney General to be examined for a reasonable period, but not to exceed one-hundred and twenty (120) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and that said report shall include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis and prognosis and an insanity defense;

IT IS FURTHER ORDERED that the report shall be filed with the Court, with copies to Counsel for Bigleggins, and the attorney for the Government. If no report is filed within 120 days of this order, the Court will conduct a second status call with counsel to determine the best course of action moving forward.

IT IS FURTHER HEREBY ORDERED that all currently scheduled proceedings are VACATED.

The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

DATED this 13th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court